

Norman C. Ankers, Bradley H. Darling, Honigman, Miller, Detroit, MI, for Plaintiff Counsel.

Alfred Haines, In–Pro–Per, Monroe, MI, for Defendant Counsel.

**DIRECTV, Plaintiff,**

v.

**Alfred HAINES, Defendant.**

No. CIV. 03–71001.

United States District Court,
E.D. Michigan,
Southern Division.

Oct. 8, 2003.

## OPINION AND ORDER

FEIKENS, District Judge.

Defendant Haines requests judicial notice be taken of a bond he has executed for the benefit of plaintiff DirecTV, and requests a stay in proceedings until DirecTV posts a similar bond for his benefit. Because such a bond is not required by law, I deny both motions.

### I. Analysis

Defendant Haines argues that any time a party files claims or counterclaims against another party, the filing party is required to post a bond to indemnify the other party for damages incurred as a result of the claims. However, such a bond is required only if the court issues a preliminary injunction against one of the parties. These bonds are intended as compensation if the restrained party is proven to be in the right, and therefore the court-imposed restraints were wrongful. F.R.C.P. 65(c). Because no preliminary injunctions have issued in this case, and therefore no party is currently restrained by this Court, no bond is required.

## II. Conclusion

Defendant's motions for judicial notice and a stay of proceedings are DENIED.

**IT IS SO ORDERED.**